# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3:17cv 41-DPJ-FKB

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 19 2017
ARTHUR JOHNSTON
BY DEPUTY

KENDRICK DION MORRIS
JORDAN LEE CARTER
CHRISTOPHER MALIK BASS
DERRICK DEON JONES
JAYLON JAKIEL SPIRES
RASHAUN AMIR CROWLEY
WILLIAM THOMAS BROOKS
LAVELL DARIUS SHERIFF
ANDREW LAVON WILKS
PARTILLIO L. WATKINS
LADERRICK KEISHUM WATTS
FRANK CHARLES BUCKLEY IV
MALCOLM ANTONIO MCLAUGHLIN
COREY M. BRYANT
JAMES JAMERIL STEVENSON
ARKEL D. COLEMAN
ROGER LEE JACKSON
CHRISTOPHER MARQUIS DAVIS
KEVIN LEIGH WILLIAMS
DOMENQUE D. MATTHEWS
WALTER LEE YOUNG
KENDRAVIUS L. ELDRIDGE
KENYATTA LYNDELL ROBINSON
JULIUS N. BOYD
ALVIN COOK
MICHAEL J. TORREY
DARYL LAVELL HACKMAN
JAVIAR X. LEWIS
ANTHONY HORRIS

MARTAIN K. SIMMONS
TEVIN E. MOORE
JOHNNY RAY HARRIS
JERMAINE S. WILSON
GEORGE R. CARROLL
JEREMY C.L. CARTER
RAYMOND F. ECHOLS
JAMOND T. LEONARD
LIMNEON THOMAS
JARVIS CARR
NICHOLES CAVETT
MARSALIS R. TOWNSEND
TOM MAISE III
CHRISTOPHER DONTARIUS WISE
DEQUANE LOMAX
~~JARREL THOMAS~~
JOHNATHAN FAIRLEY, et al.

V. CIVIL ACTION NO.________

HINDS COUNTY BOARD OF SUPERVISORS
HINDS COUNTY SHERIFFS DEPARTMENT
HINDS COUNTY SHERIFF: VICTOR MASON
WARDEN: MARY RUSHING
CAPTIAN: TRAVIS CRANE
CAPTIAN: LEON SHIELD
SERGEANT: LARSEY DAVIS
SERGEANT: DON JACKSON
SERGEANT: MRS. SHEPHERD
CORRECTIONS DEPUTY: DEWAYNE OWENS
CORRECTIONS DEPUTY: MS BROWN
CORRECTIONS DEPUTY: MS/MRS. LOMAX
CORRECTIONS DEPUTY: SHAQUITA LOTT
CORRECTIONS DEPUTY: TASHEBA MACK

CORRECTIONS DEPUTY: STEVE HEAVYWEIGHT
DEPUTY SHERIFF: BALDWIN
DEPUTY SHERIFF: DAVIS
DEPUTY SHERIFF/SERGEANT: SAMANTHA THOMAS
DEPUTY SHERIFF: COREY TAYLOR
DEPUTY SHERIFF: LARRY TAYLOR
DEPUTY SHERIFF: LARRY MITCHELL
DEPUTY SHERIFF: BRANDON WILLIAMS
OTHER JOHN AND JANE DOES, et al.
EACH SUED IN HIS/HER INDIVIDUAL
AND OFFICIAL CAPACITIES.

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:________________________________

4. Name of judge to whom case was assigned:__________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)________________________

CASE NUMBER 2.

1. Parties to the action:________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:________________________________

4. Name of judge to whom case was assigned:__________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)________________________

# COMPLAINT WITH JURY DEMAND

## INTRODUCTION

This is a Civil rights Class action filed by KENDRICK MORRIS, a pre-trial detainee for damages and injunctive relief under 42. U.S.C. § 1983, alleging inhumane/Barbaric Conditions of Confinement, excessive use of force and denial of medical care in Violation of the Eighth Amendment to the United States Constitution and Confinement in punitive Segregation, all are in Violation of the Due Process Clause of the Fourteenth Amendment to the constitution. The plaintiffs' "in-part," also alleges the torts of assault and Battery, negligence, and delibrate indifference.

## JURISDICTION

1. The Court has jurisdiction over the plaintiffs's Claims of Federal Constitutional rights under 42 U.S.C. §§ 1331 (1) and 1343.

2. The Court has ~~jurisdiction~~ Supplemental Jurisdiction over the plaintiffs's state law tort claims under 28 U.S.C. § 1367.

## PARTIES

3. The plaintiffs, Kendrick DION Morris, Jordan Lee Carter, Christopher Malik Bass, Derrick Deon Jones, Jaylon Jakiel Spikes, Rashaun Amir Crowley, William Thomas Brooks, Lavell Darius Sheriff, Andrew Lavon Wilks, Partillie L. Watkins, LaDerrick Keishum Watts, Frank Charles Buckley IV, Malcolm

Antonio McLaughlin, Corey M. Bryant, James Jamerl Stevenson, Arkel D. Coleman, Roger Lee Jackson, Christopher Marquis Davis, Kevin Leigh Williams, Domenique D. Mathews, Walter Lee Young, Kendravius L. Eldridge, Kenyatta Lyndell Robinson, Julius N. Boyd, Alvin Cook, Michael J. Torrey, Daryl Lavell Hackman, Johnny Ray Harris, Jermaine S. Wilson, George R. Larrell, Jeremy C. Carter, Raymond L. Echoles, Jamond T. Leonard, Anthony Horris, Limneon Thomas, Jarvis Carr, Nicholes Cavett, Marsalis R. Townsend, Tom Maise III, Christopher Dontarius Wise, Dequane Lomax, ~~John~~ Johnathan Fairley, Martain K. Simmons, Tevin E. Moore and Dewayne C. Thompson, whose address is 1450 County Farm Road, Raymond, Ms. 39154 ~~including~~

4. Defendants Board of Supervisors is the Municipality employed at the City of Jackson, Ms. County of Hinds, whose address is P.O. Box 686 Jackson, Ms., 39205

5. Defendants, Hinds County Sheriff Victor Mason, is a Sheriff, employed at the City of Jackson Ms. County of Hinds, whose address is 407 East Pascagoula Street, Jackson, Ms., 39201

6. Defendants, Warden Mary Rushing, Captain Travis Crane, Captain Leon Shield, Sergeant Larsey Davis, Sergeant Don Jackson, Sergeant Mrs. Shepherd, is the Warden / Supervisory staff, employed at the City of Raymond, Ms. County of Hinds, Hinds County Detention Center (Jail), whose address is 1450 County Farm Road Raymond, Ms. 39154

7. Defendants, Dewayne Owens, Ms. Brown, Mrs/Ms. Lomax, Shaquita Lott, Tasheba Mack, Steve Heavyweight,

and other John and Jane does (corrections deputies), employed at the Hinds County Detention Center (Jail) whose address is 1450 County Farm Road, Raymond, Mississippi 39154

8. Defendants: Baldwin, Davis, Samantha Thomas, Larry Mitchell, Larry ~~Mite~~ Taylor, Corey Carter, Brandon Williams, and other John and Jane does(s), (deputy sheriff), employed at the Hinds County Detention Center (Jail), / Hinds County Sheriffs' Department with an address associated with each defendant, 1450 County Farm Road, Raymond, Mississippi. 39154

9. All the defendants have acted, and continue to act, under color act, under color of state law and/or pratice or usage at all times relevant to this complaint

## FACTS

10. Throughout the Hinds County Detention Center (Jail), there are severe breakdowns that constitutes cruel and unusual punishment, such as, corporal punishment, inadequate furnishing, sheltor, sanitation, personal hygiene, food, clothing, ventilation & heating, lighting, medical & dental care, personal safety, and improper ~~the~~ trash procedures, not to mention ~~impro~~ no program activities.

11. When it comes to furnishing, it is a disgrace; certain toilets & sinks don't work ie. (hot water or cold water not working or one (1) without the other), which is a basic life nessessaties, no tables or stools in inmates cells to adequately write, study, litigate, or as the case may be.

12. Some ~~tor~~ inmates do not recieve proper bedding such

as mats to adequately sleep, Some inmates only recieve uncoverd Cotton, in Cases, may be four (4) inches in thickness as it is Unsanitary, nor are there pillows afforded period

13. When it comes to the bunks (bedding), rust is a problem, the top of some or may be all bunks poses a risk of lock-Jaw and/or Staff Infection or as the Case may be;

14. The Sheltor is very poor; On rainy days, hot or Cold days the outside elements enters the living quaters. as the Ceil-ling leaks rain within, also, on Summer days no air Conditioning provided ~~to in-mates~~ inmates as I draft this complaint, every-day there has been sub-freezing tempertures outside with no heat to protect inmates from such element, same as with the summer days vice versa

15. The showers are very inadequate to take a Shower, black Mold ~~occupies~~ that is present within poses a serious threat to Ones future health, not to mention the filth that pertrudes and remain on the flooring & base of the wall

16. ~~Doring~~ During long periods of time, the day area outside the Cells, the rain that ~~leakes~~ leaks through the roof sits on the day area without means of cleaning rain water from the floor, even occassionally, at long periods of time, we are ~~d~~ not afforded Cleaning supplies to sanitat~~ion~~ze toilets, cells and/or the day area

17. Inmates does not recieve toothpaste adequately, we only recieve such, every two (2) weeks, One (1) tube of toothpaste net weight (0.6 OZ), as its contents provide Five (5) uses ~~four~~ for Fourteen (14) days, Shaving cream and/or razors are never issued

18. Based on "information & belief," the ~~preparation~~ Preparation of the Food is poor, after the food trays are fixed in the kitchen, they sit outside the kitchen are for 45 minutes or one (1) hour the most, then when they (trays), are placed in the (horse shoe), within the Unit area, which sits for 20 & 30 minutes; thus, its cold and poses a threat to the inhabitants that consume it, health in the future

19. Most of the jumpsuits are torn and worn, the crouch area of the ~~clothern~~ clothing are ripped past the threaded stopping along with worn out buttons or some with multiple missing ones, semi-exposing ones private parts, ~~on~~ one (1) jumpsuit is provided to inmates; leaving them without a change of clothes to wear, while the other jumpsuits are sent to the laundry, in cold and hot tempertures

20. A large number of inmates only recieved a piece of blanket and a piece of sheet and ordered to use such for taking showers and to dry off with unless someone ~~setts~~ sales you ~~a~~ towel & face rag to adequately take a shower

21. The ventilation is poor or there is no ventilation at all, ~~and~~ as it is a necessity to such enviroment, it causes airbourne germs to ~~lingering~~ linger ~~whit~~ within the Unit, and poses a threat to the inhabitants wherein health

22. Some cells are without light to adequately read, write, ~~sud~~ study and/or as the case may be, not to mention wiring is exposed to be naked as they are live and hot

23. On A-3 (Unit A-3), two (2) of the plaintiffs' in this suit, cell does not work with the electronic de-

vice, and at times, it will not be opened because staff can't find the rod to open plaintiffs' door manuelly as said conditions ~~threatns~~ threatens one life in case of a fire or as the emergency case may be

24. One plaintiff in this class, has had a bad experience with dental and medical care, the dentist damaged my gum and mouth for it were swolen ~~for~~ while in severe pain and medical would not adequately provide plantiff with proper care to ease pain and/or the swelling, cronic care is not recognized, you will have to pay again to medical for same situation as before

25. The personal safety is poor, at times, there are only one (1) corrections deputy for four (4) units within the units of Unit-A), when there are ~~no or~~ occasional security checks, Sheriffs deputies constantly beat on inmates throughout the (Jail), every single time they conduct a shakedown

26. Chemical agents are being used along with weapons, such as stun grenades, rubber bullets etc., without provocation, one reason they will jump on you is for your alleged charges pending, another reason is because. you have a blanket around your waist because one sends out his jumpsuit to get cleaned or it is not laundry time yet your jumpsuit is filthy from the last time during prior shakedown we have lay face down on the floor, not to mention we will get beaten for just looking at deputies beating on others

27. Reflecting back to paragraphs 22 & 23, hazardous conditions, there are no fire sprinklers visible, the fire exits are welded shut, we have no evaluation in case of a fire, no smoke al-

arm system installed as it seems for we have none in the Cells, and the carbon dioxide alarms are unworkable

28. There are no adult program activities afforded such as, periods of outside recreation, Jobs, Schooling, Substance abuse. Counsiling, or as the case may be, these rights & privileges of inmates have been denied for multiple aggregate years, the recreation yard doors a welded shut, all because one(1) or two(2) inmates misbehaved badly

29. There are no means for indigent inmates to communicate with their family, no indigent personal hygiene package if your do not or have never ~~Canteen~~ ordered Canteen for months, their are no means to contact friends as well

30. There is no "disciplinary procedures" implemented within the Hinds County Detention Center (Jail), if an inmate recieves an infraction we are guilty as the infraction alleges, or inmates are placed in lock-down Units without an infraction, much less than a disciplinary procedures, also, inmates are all punished for one (1) individual person disrupting or breaching Security

31. All plaintiffs' in this Complaint were subjected to these barbaric conditions as it is ongoing now, as an aggregate whole, througout our stay, some plaintiffs' were subjected to the execessive use of force, (in-part), yet as a whole, during oral testimony at a trial by jury or as the case may be, will reflect the individual plaintiffs' and other John and Jane doe names, as all plaintiffs' and non-plaintiffs' life may be in danger for filing this class action lawsuit, I pray this Court keeps this in mind

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

32. THE PLAINTIFFS' HAS EXHAUSTED THEIR ADMINISTRATIVE REMEDIES WITH RESPECT TO ALL CLAIMS AND ALL DEFENDANTS, AS SOME OF THEIR NAMES DISCOVERED DURING AN INVESTIGATION.

## CLAIMS FOR RELIEF

33. The actions of defendants' Mason, Rushing, Crane, Shield, Davis, Jackson, Shepherd, Owens, Brown, Lomax, Lott, Mack, Heavyweight, Baldwin, Davis, Thomas, Mitchell, Williams, Taylor, Carter, Board of Supervisors, and other John and Jane does, in using physical force against the plaintiffs' (in-Part), without need or provocation, or in failing to intervene to prevent the misuse of force, were done malicrousley and sadistically and constituted cruel and unusual punishment, and a (Due Process Clause) violation of Fourteenth Amendment to the United States Constitution

34. The actions of defendants' Jackson, Owens, Baldwin, Davis, Thomas, Mitchell, Taylor, Carter, and other John and Jane does, in using physical force against the plaintiffs; (in-part), without need or provocation constituted the tort of assault and battery under the law of the State of Mississippi.

35. The failure of defendants', Mason, Rushing, Crane, Shield, Davis, Shepherd, Owens, Brown, Lomax, Lott, Mack, Heavyweight, and other John and Jane does, to take disciplinary or other action to curb the known pattern of physical abuse of inmates by defendants', Jackson, Baldwin, Davis, Thomas, Mitchell, Taylor, Carter, and other John and Jane does, constituted "deliberate indifference to the plaintiffs' and other pre-trial detainees safety and contributed to and proximately caused the above-described violation of Eighth and the (Due Process Clause) of the fourteenth Amendment rights and assault and battery.

36. The failure of defendants; Board of Supervisors, Mason,

Rushing, Crane, Sheild, and Davis, in acting to Curb the breakdown of Conditions of Confinement, i.e. Shelter, Sanitation, Personal Hygiene, Food, Clothing, Medical Care, Personal Safety, Program Activities, Hazardous Conditions. Such as no fire exits, Sprinklers, fire exit plan, Dental Care, Furnishings, Ventilation & Heating, Lighting, Corporal Punishment, Black Mold in Rooms (cells) and Showers, and Basic Life necessaties, when it comes to towels, face rags, toothpaste & toothbrushes, non working Sinks & Toilets, also, improper Trash Procedures, Outside elements entering the (Jail), NO Outside Recreation for ~~aggrate~~ multiple aggragate Years, as well as, all complaint(s) ~~with~~ within this suit, thus, the totalallity of Circumstances creates an atmosphere of deliberate indifference and negligent to the inhabitant(s) of Said (Jail), Safety, Well Being, Health, or as the Case may be; and Constitutes a Violation of the Eighth ~~Amendant~~ Amendment and the (Due Process Clause) of the Fourteenth Amendment to the United States Constitution.

## RELIEF REQUESTED

WHEREFORE, plaintiffs' requests that court grant the following relief:

A. ISSUE A DECLARATORY JUDGMENT STATING THAT:

1. The physical abuse of the plaintiffs' by defendants' Jackson, Owens, Baldwin, Davis, Thomas, Mitchell, Taylor, Carter, and Other John and Jane doe(s), violated the plaintiffs' rights under the (Due Process Clause) to the United States Constitution and Constituted an assault and battery under State law.

2. Defendants' Mason, Rushing, Crane, Shield, Davis, Shepherd, Brown, Lomax, Lott, Mack, Heavyweight, and other John and Jane doe(s), and Board of Supervisors failure to take action

to Curb the physical abuse of inmates violated the plaintiffs' rights under the Eighth and Fourteenth Amendments to the United States Constitution and Constituted an assault and Battery under state law

3. <u>Defendants' Board of Supervisors, Rushing, Crane, Sheild and</u> Davis actions in failing to provide adequate furnishing, Sheltor, Sanitation, personal hygiene, Food, Clothing, Heating & Ventilation, lighting, (in-part), Personal Safety, and activities, Trash Proceedures, etc., for the plaintiffs' violated, and continue to violate, the plaintiffs' rights under the Eighth and of the (Due Process Clause) of the Fourteenth Amendment to the United States Constitution

4. Defendants' Board of Supervisors, Rushing, Crane, Sheild and Davis, actions in failing to provide adequate Medical care and/or Dental Care for the plaintiffs' violated, and continue to violate, the plaintiffs rights under the Eighth Amendant to the United States Constitution.

B. <u>ISSUE AN INJUNCTION ORDERING DEFENDANTS Board of Supervisors and THEIR AGENTS TO:</u>

1. Immediately act to curb the inhumane Conditions of Confinement the inhabitants of the (Jail), are being subjected to; and

2. Immediately implement a policy to instuct, direct, and supervise the ~~Subordinants~~ Subordinants, order necessary supplies as needed thus, to reassure these such conditions "can not" and "will not" ever happen again for current and/or future Inmates; and

3. Carry out without delay, the ~~treatment~~ actions directed by such Supervisory Officials.

C. Issue An Injunction Ordering Defendants Board of Supervisors To:

1. Immediately hire a new medical and Dental Care provider, hire professional staff to accomodate all pre-trial detainees that inhabits its establishment wherein, adequate means of rehabilitation and Medical & Dental Care treatment; and

2. Immediately act to Curb the hazardous Conditions of the (Jail), implement a policy that would be requisite which is ~~preq~~ prerequisite within the functioning of such establishment, afford ~~aq~~ adequate means of outside recreation Continuously,

3. Carry out without delay the stipulation directed by such Supervisory officials.

D. Issue An Injunction Ordering Defendants Rushing, Mason, Crane, Sheild, Davis, Jackson, Shepherd, Owens, Brown, Lomax, Lott, Mack, Heavyweight, Baldwin, Davis, Thomas, Mitchell, ~~Owens,~~ Taylor, Carter, Williams, and Other John and Jane does to:

1. Immediately resign from Corrections and public Safety peace Officers; and

2. Never be able to seek employment to retain Corrections and/or public safety peace officers duty anywhere in the United States of America

3. Carry out without ~~day~~ delay the resignation directed by Said Corrections and public Safety peace officers.

E. ISSUE AN INJUNCTION ORDERING DEFENDANTS MASON and RUSHING TO:

1. Release plaintiffs' Jarvis Carr, Nicholes Cavett, Frank Charles Buckley IV, Martain Simmons, George R. Carroll, Malcolm A. McLaughlin, Andrew L. Wilks, LaDerrick K. Watts, Jeremy C. Carter, Kenyatta L. ~~Robertson~~ Robinson, Daryl L. Hackman, Arkel D. Coleman, Jaylon J. Spires, Christopher Malik Bass, Raymond L. Echols, Johnny Ray Harris, Jordan Lee Carter, Rashaun Amir Crowley, from custody With all pending charges dropped; and

2. Expunge the alleged charges from plaintiffs' record, due to the beatings Sustained by defendants in this suit

F. Award Compensatory damages in the following amounts:

1. $ 150,000 jointly and Severally against defendants Rushing, Mason, Crane, Shield, Davis, Jackson, Shepherd, Owens, Brown, Lomax, Lott, Mack, Heavyweight, Baldwin, Davis, Thomas, Mitchell, Taylor, Carter, Williams, and Other John and Jane does for the physical and emotional injuries sustained as a result of the plaintiffs' beating

2. $ 15,000 Jointly and Severally against defendants Rushing, Mason, Crane, Shield, Davis, Jackson, Shepherd, Owens, Brown, Lomax Lott, Mack, Heavyweight, Baldwin, Davis, Thomas, Mitchell, Taylor, Carter, Williams, and other John and Jane does, for the breach of duty to protect from ~~assutt~~ assault

3. $ 50,000 jointly and severally against defendants Rushing and Mason for the physical and emotional injury resulting from their failure to provide adequate dental and medical care to the plaintiff

4. $ 200,000 jointly and Severally against defendants Board of Supervisors, Rushing and Mason for the Mental,

emotional, with the possibility of physical injury in the Future, For the Barbaric/inhumane Conditions of Confinement plaintiffs' were subjected to in the Hinds County Detention Center (Jail)

5. $ 10,000 jointly and severally against defendants Board of Supervisors, Rushing, Mason, Crane, Shield, Davis, Jackson, Shepherd, Owens, Brown, Lomax, Lott, Mack, Heavyweight, Baldwin, Davis, Thomas, Mitchell, Taylor, Carter, Williams, and other John and Jane does for additional funds as a result of violating plaintiffs' fundamental rights to the Constitution

G. Award Punitive Damages in The Following amounts:

1. $ 20,000 each against defendants Board of Supervisors, Rushing, Mason, Crane, Shield, Davis, Jackson, Shepherd, Owens, Brown, Lomax, Lott, Mack, Heavyweight, Baldwin, Davis, Thomas, Mitchell, Taylor, Carter, Williams, and other John and Jane does;

2. $ 10,000 each against defendants Board of Supervisors, Rushing and Mason.

H. Grant such other relief as it may appear that plaintiffs' are entitled to.

I declare under penalty of perjury that the following is true and correct, as to the facts based on information and belief, we believe to be true to the best of our Knowledge.

DATE: January 10, 2017

RESPECTFULLY SUBMITTED

Kendrick D. Morris 77-67136
1450 County Farm Road
Raymond, Mississippi 39154