# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

KENDRICK DION MORRIS,
#77-67136                                                                PLAINTIFF

VS.                           CIVIL ACTION NO. 3:17-cv-41-DPJ-FKB

VICTOR MASON, Sheriff, et al.                              DEFENDANT

## ORDER

Before the Court is Defendants' Motion to Strike [46]. Defendants ask the Court to strike Plaintiff's Notice of Service of Interrogatories [43] and Request for Production of Documents [44].

Discovery in this matter is stayed pending the omnibus hearing set for September 26, 2018. [27] at 2; [45]. Accordingly, Defendants' motion is granted. The Court will determine whether discovery is appropriate in this matter at the conclusion of the omnibus hearing.

SO ORDERED, this the 31st day of July, 2018.

                                                            /s/ F. Keith Ball
                                                            UNITED STATES MAGISTRATE JUDGE