**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**KENDRICK DION MORRIS,**
**#77-67136**                                                                          **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 3:17-cv-41-DPJ-FKB**

**VICTOR MASON, Sheriff, et al.**                                                      **DEFENDANT**

**ORDER**

Before the Court is Plaintiff Kendrick Dion Morris's Motion for an Order Compelling

Discovery [47].

Discovery in this matter is stayed pending the omnibus hearing set for September 26, 2018.

[27] at 2; [45]. The Court previously granted Defendants' motion to strike the discovery to which

Morris now requests the Court compel responses. [48]. Accordingly, Morris's motion is denied.

The Court will determine whether discovery is appropriate in this matter at the conclusion of the

omnibus hearing.

SO ORDERED, this the 31st day of July, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE